| | |
|---|---|
| PETER W. ALFERT, SBN 83139<br>**LAW OFFICES OF PETER ALFERT,**<br>**A PROFESSIONAL CORPORATION**<br>200 Pringle Ave., Suite 450<br>Walnut Creek, California 94596<br>Telephone: (925) 279-3009<br>Facsimile: (925) 279-3342<br>Peter@alfertlaw.com | TODD BOLEY, SBN 68119<br>**LAW OFFICES OF TODD BOLEY**<br>2381 Mariner Square Drive, Suite 280<br>Alameda, California 94501<br>Telephone: (510) 836-4500<br>Facsimile: (510) 649-5170<br>boley@boleylaw.com |

Attorneys for PLAINTIFFS

| | |
|---|---|
| MARK G. INTRIERI, SBN 116627<br>JESSICA A. FAKHIMI, SBN 184115<br>**CHAPMAN & INTRIERI, L.L.P.**<br>2236 Mariner Square Drive, Suite 300<br>Alameda, California 94501-1089<br>Telephone: (510) 864-3600<br>Facsimile: (510) 864-3601<br>mintrieri@chapmanandintrieri.com | DAVID F. BEACH, SBN 127135<br>ANNE D'ARCY 232948<br>**PERRY JOHNSON ANDERSON MILLER**<br>**& MOSKOWITZ, LLP**<br>438 First Street, 4th Floor<br>Santa Rosa, CA 95401<br>Telephone: (707) 525-8800<br>Facsimile: (707) 545-9242<br>beach@perrylaw.net |
| Attorneys for Defendant,<br>OAKLAND UNIFIED SCHOOL DISTRICT | Attorneys for Defendant, TOBINWORLD |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSALIND CALLOWAY, D.C-W, a minor by and through his guardian ad litem ROSALIND CALLOWAY,<br><br>    Plaintiffs<br>v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT and TOBINWORLD<br><br>    Defendants. | Case No. 3:16-cv-6942-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL**<br><br>Hon. Charles R. Breyer, Judge |

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL          3:16-cv-6942-CRB

It is hereby stipulated between plaintiffs, ROSALIND CALLOWAY and D.C-W, a minor by and through his guardian ad litem ROSALIND CALLOWAY, by and through their counsel of record, and defendants OAKLAND UNIFIED SCHOOL DISTRICT and TOBINWORLD by and through their counsel of record, that the above- referenced action should be dismissed with prejudice pursuant to F.R.C.P. 41 as to all claims and causes of action against defendants OAKLAND UNIFIED SCHOOL DISTRICT and TOBINWORLD. The parties further stipulate that the parties release each other for attorney's fees, expenses and costs.

**IS HEREBY STIPULATED**.

Dated: December 18, 2017        PERRY, JOHNSON, ANDERSON,
                                MILLER & MOSKOWITZ LLP

                                /s/ Anne D'Arcy
                                DAVID F. BEACH
                                ANNE C. D'ARCY,
                                Attorneys for Defendants
                                TOBINWORLD

Dated: December 18, 2017        CHAPMAN & INTRIERI, LLP

                                /s/ Mark Intrieri
                                MARK G. INTRIERI
                                JESSICA A. FAKHIMI
                                Attorneys for Defendant
                                OAKLAND UNIFIED SCHOOL DISTRICT

Dated: December 18, 2017        LAW OFFICES OF TODD BOLEY

                                /s/ Todd Boley
                                TODD BOLEY
                                Attorney for PLAINTIFF

Dated: December 18, 2017        LAW OFFICES OF PETER ALFERT, APC

                                /s/ Peter Alfert
                                PETER ALFERT
                                Attorney for PLAINTIFF

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL                3:16-cv-6942-CRB

1

# ORDER

Pursuant to the stipulation by the parties, plaintiffs' claims and causes of action against defendants OAKLAND UNIFIED SCHOOL DISTRICT and TOBINWORLD are dismissed with prejudice.

**IT IS SO ORDERED:**

Dated: December 19, 2017

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE